against the village of North Tonawanda. No opinion. Judgment and order affirmed, with costs.

In re LYMAN. In re FUHRMAN. (Supreme Court, Appellate Division, First Department. November 25, 1898.) In the matter of Henry H. Lyman. In the matter of Fuhrman. No opinion. Motion denied, with $10 costs. See 54 N. Y. Supp. 294.

LYON v. BROWN. (Supreme Court, Appellate Division, First Department. November 11, 1898.) Action by James E. Lyon against Mary Brown. No opinion. Motion denied, with $10 costs. See 52 N. Y. Supp. 531, and 54 N. Y. Supp. 315.

McDONALD, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Edward A. McDonald, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

McDONOUGH, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Action by Bridget McDonough against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McGAHEY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 13, 1898.) Action by William McGahey against the Nassau Electric Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

McKERCHAR, Respondent, v. HAWLEY SALT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Annie McKerchar against the Hawley Salt Company. No opinion. Order affirmed, with costs.

McKIM v. NEW YORK EL. RY. CO. (Supreme Court, Appellate Division, First Department. November 25, 1898.) Action by Harriet R. McKim against the New York Elevated Railway Company. No opinion. Motion denied, with $10 costs.

McLEAN AIR–PUMP & MACHINE CO., Respondent, v. PETERS et al., Appellants. (Supreme Court, Appellate Term. January 23, 1899.) Action by McLean Air-Pump & Machine Company against William K. Peters and another. Edward Goldschmidt, for appellants. Everett D. Barlow, for respondent.

BEEKMAN, P. J. We think that the plain meaning of the written agreement upon which suit is brought is that the payment of the minimum royalty of $25 a month was not to commence until the patent had been actually issued. Prior to that time the defendants were bound to pay only a percentage upon sales actually made. The agreement with respect to the pay-

ment of the minimum royalty, as it is called, is, in terms, conditioned upon the manufacture and sale by the defendants of the patented article after the issuing of the patent. Nor is there any occasion for an effort to put any other construction upon the instrument, as the stipulation in question was a reasonable one, inasmuch as the granting of the patent tended to increase the commercial value of the invention, and therefore a larger measure of return from it might legitimately be expected. The court below therefore erred in holding that such minimum royalties were payable from the date of the contract between the parties. The judgment in favor of the plaintiff must, therefore, be reversed. Judgment reversed and a new trial ordered, with costs to the appellants to abide the event.

MAHAR, Plaintiff, v. COMPTON, Defendant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by John Mahar against James Compton. No opinion. Motion for a new trial on exceptions denied, and judgment ordered for the defendant, with costs. See 45 N. Y. Supp. 1126.

MARKS et al., Respondents, v. PENNSYLVANIA FIRE INS. CO. OF PHILADELPHIA et al., Appellants. (City Court of New York, General Term. January 18, 1899.) Action by Harry Marks and another against the Pennsylvania Fire Insurance Company of Philadelphia, and four other actions against different defendants. Edgar J. Nathan, for appellants. Mitchell L. Erlanger, for respondents.

PER CURIAM. Reargument ordered at January general term.

MARONEY, Appellant, v. LEHIGH VAL. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Mary L. Maroney, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Appeal dismissed, with costs to the respondent.

MARSHALL, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) Action by Conrad Marshall against the city of Buffalo. No opinion. Judgment and order affirmed, with costs.

In re MASHBIR. (Supreme Court, Appellate Division, First Department. December 9, 1898.) In the matter of Eleazer Mashbir. No opinion. Application granted. See 45 N. Y. Supp. 1144.

In re MEAYS. (Supreme Court, Appellate Division, Fourth Department. December 9, 1898.) In the matter of the application of Barton C. Meays, as receiver of the property of Andrew Cramer, judgment debtor. No opinion. Order reversed, with $10 costs and disbursements. Held, that the county judge had no power to determine, upon motion, the rights of Mrs. Carpenter in the rents and profits of the real estate.

MERRITT, Respondent, v. MERRITT et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 6, 1898.) Ac-